**Order entered March 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01450-CR
### No. 05-18-01451-CR

### CHRISTOPHER DEANDRE NICHOLSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause Nos. 380-82289-2014 & 380-81461-2016

## ORDER

The reporter's record was due January 6, 2019. By postcard dated January 9, 2019, we notified court reporter Karla Kimbrell that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, no reporter's record has been filed and we have had no communication from Ms. Kimbrell.

We **ORDER** court reporter Karla Kimbrell to file the complete reporter's record in these appeals within **FIFTEEN DAYS** of the date of this order. We caution Ms. Kimbrell that the failure to file the reporter's record by that date will result in the Court taking whatever action it deems appropriate to ensure that these appeals proceed in a more timely fashion, which may

include ordering that Ms. Kimbrell not sit as a court reporter until the reporter's record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, court reporter, 380th Judicial District Court; and to counsel for all parties.

/s/     CORY L. CARLYLE
        JUSTICE